UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP. and on Behalf of Himself and All Others Similarly Situation, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | : <br> : |
| BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER, and KENNETH D. LEWIS, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants, | : <br> : |
| --and-- | : <br> : |
| BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation, | : <br> : <br> : <br> : |
| Nominal Defendants. | : <br> : |

Civ. No. 07-CV-561

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein, subject to the Order of this Court, as follows:

1. Plaintiff Donald F. Benoit will file a motion for appointment as Lead Plaintiff and for approval of selection of Lead Counsel by no later than December 10, 2007.

2. Lead Plaintiff will serve a consolidated amended complaint no later than sixty days after the Court's decision on the motion for appointment of Lead Plaintiff and approval of Lead Counsel.

3. Defendants will answer, move to dismiss or otherwise respond to the consolidated amended complaint no later than sixty days after the amended complaint is filed.

4. In the event that a motion to dismiss is filed, Lead Plaintiff will have sixty days to file its answering brief and the moving Defendant or Defendants will have forty-five days thereafter to submit a reply brief.

5. This Stipulation shall not be construed as an agreement by Defendants that this Court possesses subject-matter and personal jurisdiction over the claims asserted in this action or as a waiver of Defendants' right to contest jurisdiction.

November 29, 2007

/s/ Richard H. Morse
Richard H. Morse (# 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis*

/s/ Pamela S. Tikellis
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Jeffrey P. Fink
Carolyn A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
(619) 525-3990

*Attorneys for Plaintiff Donald F. Benoit*

-3-

*/s/ Edward P. Welch*
Edward P. Welch (I.D. #671)
Edward B. Micheletti (I.D. #3794)
SKADEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Jay B. Kasner
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036-6522
(212) 735-3000

*Attorneys for the MBNA*
*Outside Directors*


SO ORDERED, this ____ day of ____, 2007



_____
Chief, United States District Judge

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on November 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Pamela S. Tikellis
A. Zachary Naylor
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Edward P. Welch
Edward B. Micheletti
SKADEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Jeffrey P. Fink
Carolyn A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
(619) 525-3990

Jay B. Kasner,
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

I further certify that on November 29, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

2