IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP. and on Behalf of Himself and All Others Similarly Situation, | : <br> : <br> : <br> : |
| Plaintiff, | : |
| vs. | : |
| BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER, and KENNETH D. LEWIS, | : <br> : Civ. No. 07-CV-561 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants, | : |
| --and-- | : |
| BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation, | : <br> : <br> : <br> : |
| Nominal Defendants. | : |

## ENTRY OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
       WILMINGTON, DELAWARE

Please enter the appearance of undersigned counsel as attorneys for defendants.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for nominal defendants MBNA
Corporation and Bank of America Corporation and
defendants Bruce L. Hammonds, Kenneth A.
Vecchione, Richard K. Struthers, John R. Cochran,
III, Lance L. Weaver, Charles C. Krulak, Michael
G. Rhodes, John W. Scheflen, Randolph D. Lerner
and Kenneth L. Lewis

OF COUNSEL:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Phone: 212-558-4000

DATED: November 30, 2007

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on December 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Pamela S. Tikellis
A. Zachary Naylor
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Edward P. Welch
Edward B. Micheletti
SKADEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Jeffrey P. Fink
Carolyn A. Schnurer
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
(619) 525-3990

Jay B. Kasner,
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

I further certify that on December 3, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com