## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP. and on Behalf of Himself and All Others Similarly Situation,<br><br>              Plaintiff,<br><br>  vs.<br><br>BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER, and KENNETH D. LEWIS,<br><br>              Defendants,<br><br>  --and--<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation,<br><br>              Nominal Defendants. | Civ. No. 07-CV-561 |

## STIPULATION AND ORDER EXTENDING
## PLAINTIFF'S TIME TO FILE REPLY BRIEF

**WHEREAS** on December 10, 2007, Plaintiff Donald F. Benoit filed a Motion for appointment as lead Plaintiff pursuant to the Private Securities Litigation Reform Act (the "PSLRA");

**WHEREAS**, Defendants have filed two opposition Briefs to that Motion;

**WHEREAS**, due to the Holidays and pre-existing vacation schedules, plaintiff seeks a very short extension of time to file a Reply, from January 7, 2008 to January 11, 2008;

**WHEREAS**, Plaintiff will seek no further extension; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein, subject to the Order of this Court, that Plaintiff's time to file his Reply papers on his Motion for Appointment as Lead Plaintiff is extended from January 7, 2008, to January 11, 2008.

//
//

December 28, 2007

*/s/ Richard H. Morse*
Richard H. Morse (# 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for the Insider Director Defendants and the Nominal Defendants*

*/s/ Edward P. Welch*
Edward P. Welch  (# 671)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
Wilmington, DE 19899
(302) 651-3000

*Attorneys for the Outside Director Defendants*

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Laurence D. Paskowitz
PASKOWITZ & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 685-0969

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 867-1156

Irving Bizar
BALLON STOLL BADER & NADLER, LLP
1450 Broadway
New York, NY 10018
(212) 575-7900

*Attorneys for Plaintiffs Lemon Bay Partners and Malcolm Rosenwald*

**SO ORDERED**, this ____ day of ____, 2007

_____
Chief, United States District Judge