UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP. and on Behalf of Himself and All Others Similarly Situation, <br><br> Plaintiff, <br><br> vs. <br><br> BRUCE L. HAMMONDS, *et al.* <br><br> Defendants, <br><br> --and-- <br><br> BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation, <br><br> Nominal Defendants. | Civ. No. 07-CV-561 (GMS) |
| LEMON BAY PARTNERS, and MALCOLM ROSENWALD, <br><br> Plaintiff, <br><br> --against-- <br><br> BRUCE L. HAMMONDS, *et al.* <br><br> Defendants, <br><br> --and-- <br><br> BANK OF AMERICA CORPORATION, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., <br><br> Nominal Defendants. | Civ. No. 07-CV-562 (GMS) |

## PLAINTIFFS' MOTION TO VACATE THE DISCOVERY STAY

Plaintiffs Donald Benoit, Lemon Bay Partners and Malcolm Rosenwald hereby move this Court for an Order to vacate the stay of discovery. The grounds for Plaintiffs' Motion are set fourth in the Memorandum of Law in Support of the Motion to Vacate the Discovery Stay, which is being filed concurrently herewith.

Dated: January 21, 2008                     Respectfully submitted,

**CHIMICLES & TIKELLIS, LLP**

By: _____
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
302-656-2500 (Tel.)
302-656-9053 (Fax)

*Plaintiffs' Liaison Counsel*

Jeffrey P. Fink
Julia Williams
**ROBBINS UMEDA & FINK, LLP**
610 West Ash Street, Suite 1800
San Diego, CA 92101
(619) 525-3990

Laurence D. Paskowitz
**PASKOWITZ & ASSOCIATES**
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 685-0969

*Plaintiff's Proposed Co-Lead Counsel*

2

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of Plaintiffs' Motion to Vacate the Discovery Stay has been raised by Plaintiffs' co-lead counsel, Laurence Paskowitz, Esquire, of Paskowitz & Associates, with counsel for all Defendants. All Defendants counsel advised that their clients would not agree to a lifting of the stay of discovery.

Dated: January 21, 2008                                CHIMICLES & TIKELLIS LLP


                                                                            /s/ Pamela S. Tikellis
                                                                            Pamela S. Tikellis (No. 2172)
                                                                            A. Zachary Naylor (No. 4439)
                                                                            One Rodney Square
                                                                            P.O. Box 1035
                                                                            Wilmington, DE 19899
                                                                            (302) 656-2500

                                                                            Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 21st day of January, 2008, I caused copies of Plaintiffs' Motion to Vacate the Discovery Stay and Memorandum of Law in Support of the Motion to Vacate the Discovery Stay to be served on the following counsel in the manner indicated:

## BY HAND DELIVERY

Richard H. Morse
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Edward P. Welch
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

A. Zachary Naylor (#4439)