IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP and on Behalf of Himself and All Others Similarly Situated,

     Plaintiffs,

vs.

BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER and KENNETH D. LEWIS,

     Defendants,

- and –

BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation,

     Nominal Defendants.

---

Case No. 1:07-cv-561-GMS

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

| | |
|---|---|
| LEMON BAY PARTNERS and MALCOLM ROSENWALD, | : |
| Plaintiffs, | : Case No. 1:07-cv-562-GMS |
| vs. | : |
| BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER and KENNETH D. LEWIS, | : |
| Defendants, - and – | : |
| BANK OF AMERICA CORPORATION, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., | : |
| Nominal Defendants. | : |

WHEREAS, plaintiffs in the above-captioned actions filed a Verified Shareholder's Class and Derivative Complaint (the "Complaints") in each of Case No. 1:07-cv-561-GMS and Case No. 1:07-cv-562-GMS on September 18, 2007; and

WHEREAS, the individual defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Laura S. Unger (collectively, the "MBNA Outside Director Defendants") filed motions to dismiss the Complaints on April 17, 2008; and

WHEREAS, plaintiffs' opposition to the MBNA Outside Director Defendants' motions to dismiss is currently due on May 5, 2008; and

WHEREAS, plaintiffs require additional time to prepare and file his opposition to the motions to dismiss; and

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Plaintiffs must file his opposition to the MBNA Outisde Director Defendants' motions to dismiss no later than May 21, 2008; and

2. The MBNA Outside Director Defendants must file their reply thereto no later than June 5, 2008; and

3. The Parties respectfully request the Court to enter an order establishing the above dates and schedule.

Dated:  May 2, 2008

CHIMICLES & TIKELLIS, LLP
PAMELA S. TIKELLIS
A. ZACHARY NAYLOR

*/s/ A. Zachary Naylor*
    A. ZACHARY NAYLOR

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

        ROBBINS UMEDA & FINK, LLP
        BRIAN J. ROBBINS
        JEFFREY P. FINK
        SHANE P. SANDERS
        JILL E. KLEMANN
        JULIA M. WILLIAMS
        610 West Ash Street, Suite 1800
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991

        Counsel for Plaintiff Benoit

        PASKOWITZ & ASSOCIATES
        LAURENCE PASKOWITZ
        60 East 42nd Street, 46th Floor
        New York, NY 10165
        Telephone: (212) 685-0969
        Facsimile: (212) 685-2306

        ROY JACOBS & ASSOCIATES
        Roy L. Jacobs
        60 East 42nd Street, 46th Floor
        New York, NY 10165
        Telephone: (212) 867-1156
        Facsimile: (212) 504-8343

        BALLON STOLL BADER & NADLER LLP
        Irving Bizar
        1450 Broadway
        New York, NY 10018
        Telephone: (212) 575-7900
        Facsimile: (212) 764-5060

        Counsel for Plaintiffs Lemon Bay Partners
        and Malcom Rosenwald

DATED: May 2, 2008        SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
        EDWARD P. WELCH
        EDWARD B. MICHELETTI


        */s/ Edward B. Micheletti*
            EDWARD B. MICHELETTI

        P.O. Box 636
        One Rodney Square
        Wilmington, DE 19899

        Telephone: (302) 651-3000
        Facsimile:  (302) 651-3001

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        JAY B. KASNER
        SUSAN L. SALTZSTEIN
        4 Times Square
        New York, NY 10036
        Telephone: (212) 735-3000
        Facsimile: (212) 735-2000

        Counsel for the MBNA Outside Director Defendants

## **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: _____, 2008        _____
                                            U.S. DISTRICT COURT JUDGE

339258_1